**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MICHAEL PRUKALA,** | : |
| **Plaintiff,** | : |
| | : **Civil Action No. 3:16-CV-0894** |
| **v.** | : |
| **TD BANK USA, et al.,** | : **(JUDGE MANNION)** |
| | : |
| **Defendants.** | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** TD Bank's motion to dismiss, (Doc. 16), with respect to all of plaintiff's claims in his amended complaint, (Doc. 10), is **GRANTED**;

**(2)** all of the claims in plaintiff's amended complaint are **DISMISSED WITH PREJUDICE**; and

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 24, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0894-01-ORDER.wpd